In the Matter of RODNEY D., a Person Alleged to be a Juvenile Delinquent, Appellant; PRESENTMENT AGENCY, Respondent.

Submitted May 22, 2006; decided June 29, 2006

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of DAVID RUSSELL, Appellant, v DONALD SELSKY, as Director of Special Housing and Inmate Disciplinary Programs, et al., Respondents.

Submitted April 10, 2006; decided June 29, 2006

Motion for leave to appeal dismissed upon the ground that appellant has failed to demonstrate timeliness as required by section 500.22 (b) (2) of the Rules of Practice of the Court of Appeals (22 NYCRR 500.22 [b] [2]). Motion for poor person relief dismissed as academic.

In the Matter of SHONDEL J., Respondent, v MARK D., Appellant.

Submitted June 19, 2006; decided June 29, 2006

Motion for reargument granted and, upon reargument, motion by US Citizens against Paternity Fraud et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief may be served and 24 copies filed within two days.